**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Robert James GRAVES, Defendant—**
**Appellant.**

**No. 08–7148.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 22, 2008.

Decided: Jan. 26, 2009.

Robert James Graves, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert James Graves appeals the district court's orders denying his motion under 18 U.S.C. § 3582(c)(2) (2006) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Graves,* No. 4:99–cr–70049–nkm–1 (W.D.Va. May 22, 2008); 2008 WL 2550752 (June 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*